UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DANIEL EDWARD CALLAHAN,

    Plaintiff,

v.                                    Case No.  1:16-CV-208

MUSKEGON COUNTY,              HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, the entry of a final judgment, and all post-judgment proceedings.  The consent is outlined in the Joint Status Report (ECF No. 9).  An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.   Therefore,

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Phillip J. Green, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.


Dated:  April 12, 2016                                                /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE