UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL EDWARD CALLAHAN,

    Plaintiff,

v.

MUSKEGON, COUNTY OF,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-cv-00208

## PRELIMINARY SCHEDULING ORDER

Defendant's deadline for filing a motion under Rule 12(b) of the Federal Rules of Civil Procedure is May 16, 2016.  Plaintiff's response is due on or before June 20, 2016.

**IT IS ORDERED** that all discovery is stayed pending further order of the Court.

Date:  April 15, 2016

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge