UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL EDWARD CALLAHAN,  )
                          )
        Plaintiff,        )   Case No. 1:16-cv-00208-PJG
                          )
v.                        )   Honorable Phillip J. Green
                          )
MUSKEGON COUNTY, et al.,  )
                          )   **JUDGMENT**
        Defendants.       )
                          )

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that defendants Roesler, Burns, Waters, Steinholm, Poulin, Hilson, Hedges, and Davis' motions to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim (ECF Nos. 38, 39, 41, 44, 45 and 46) are **GRANTED**. The aforementioned defendants are dismissed from this case and judgment is entered in defendants' favor on all plaintiff's claims.

Dated: June 22, 2017                /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge